# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Roberts, et al., | No. CV-23-00538-PHX-SMB |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| Nationwide Insurance Company, et al., | |
| Defendants. | |

Pursuant to stipulation of counsel (Doc. 23),

**IT IS HEREBY ORDERED** that this captioned cause be dismissed in its entirety, with prejudice, each party to bear their own costs and attorneys' fees.

Dated this 29th day of April, 2024.

*(signature)*
Honorable Susan M. Brnovich
United States District Judge